**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00752-CV

## J. KYLE BASS, ET AL., Appellants

## V.

## UNITED DEVELOPMENT FUNDING, L.P., ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER

Before the Court is appellees' October 12, 2018 opposed second motion to extend the time to file a brief. We **GRANT** the motion and extend the time to **November 13, 2018**. We caution appellees that further requests for extension in this accelerated appeal will be strongly disfavored.


/s/      ADA BROWN
         JUSTICE